AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| AMERICAN PATENTS LLC, | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:18-cv-701 |
| ONEPLUS TECHNOLOGY (SHENZEN) CO., LTD., | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  OnePlus Technology (Shenzen) Co., Ltd.
SERVE: Service of Process, Texas Secretary of State
James E. Rudder Building
1019 Brazos, Room 105
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   American Patents LLC
c/o Antonelli, Harrington & Thompson LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **10/4/18**                    *David A. O'Toole*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:18-cv-701

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>OnePlus Technology (Shenzen) Co., Ltd. c/o Service of Process, Texas Secretary of State</u> was received by me on *(date)* <u>Oct 4, 2018, 5:40 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Web Jerome</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>OnePlus Technology (Shenzen) Co., Ltd. c/o Service of Process, Texas Secretary of State</u> on *(date)* <u>Fri, Oct 05 2018</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/10/2018

*Server's signature*

Mike Techow

*Printed name and title*

1133 13th St NW Ste. C4, Washington, DC 20005

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 5, 2018, 2:50 pm CDT at James E. Rudder Building: 1019 Brazos St. Suite 105, Austin, TX 78701 received by Web Jerome. Relationship: Process Intake Specialist - Authorized to Accept;