# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ONEPLUS TECHNOLOGY (SHENZEN) CO., LTD.,<br><br>        Defendant. | Case No. 4:18-CV-701-ALM |

## ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD.'s
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, OnePlus Technology (Shenzhen) Co., Ltd. hereby states that its correct name is OnePlus Technology (Shenzhen) Co., Ltd., not OnePlus Technology (Shenzen) Co., Ltd., as captioned. OnePlus Technology (Shenzhen) Co., Ltd. is owned by OnePlus Mobile Communications (Guangdong) Co., Ltd., and no publicly held company owns 10% or more of OnePlus Technology (Shenzhen) Co., Ltd.'s stock.

Dated: January 11, 2019

Respectfully submitted,

By: /s/ Clyde M. Siebman
Clyde M. Siebman
Texas Bar No. 18341600
SIEBMAN FORREST BURG & SMITH, LLP
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas 75090
(903) 870-0070 (office)
(903) 819-3076 (cell)
clydesiebman@siebman.com

*Attorneys for OnePlus Technology (Shenzhen) Co., Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 11th day of January, 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

/s/ Clyde M. Siebman
Clyde M. Siebman