# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ONEPLUS TECHNOLOGY (SHENZEN) CO., LTD.,<br><br>  Defendant. | CIVIL ACTION NO. 4:18-cv-701-ALM<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

Pursuant to Rule 41, Fed. R. Civ. P., Plaintiff American Patents LLC ("AP") and Defendant OnePlus Technology (Shenzen) Co., Ltd. ("OnePlus"), by their undersigned attorneys, stipulate that AP's Complaint against OnePlus be dismissed with prejudice.

The parties have settled their dispute that gave rise to this lawsuit. Accordingly, the claims asserted by AP against OnePlus can now be dismissed. Under the parties' settlement agreement, each party will bear its own attorneys' fees and costs and expenses incurred by or on behalf of said party in connection with this action. A proposed Order is attached.

Dated: August 20, 2019

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com

Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000

*Attorneys for American Patents LLC*


/s/ Clyde M. Siebman
Clyde M. Siebman
TX Bar No. 18341600
Elizabeth S. Forrest
TX Bar No. 24086207
SIEBMAN FORREST BURG & SMITH, L.L.P.
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas  75090
Telephone: (903) 870-0070 (office)
Telephone: (903) 870-0066 (facsimile)
E-mail: clydesiebman@siebman.com
E-mail:  elizabethforrest@siebman.com

Ruixue Ran (*pro hac vice* pending)
E-mail: rran@cov.com
Sheng Huang (admitted *pro hac vice*)
E-mail: shuang@cov.com

1

COVINGTON & BURLING LLP
2301 Tower C Yintai Centre
2 Jianguomenwai Avenue, Beijing 100022
CHINA
Telephone: +86 (10) 5910 0591
Facsimile: +86 (10) 5910 0599

Ranganath Sudarshan
E-mail: rsudarshan@cov.com
CA Bar No. 244984
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 200001-4956
Telephone: (202) 662-5446
Facsimile: (202) 778-5346

Robert J. Williams (admitted *pro hac vice*)
E-mail: rwilliams@cov.com
COVINGTON & BURLING LLP
2701 Two ifc, Shanghai ifc
No. 8 Century Avenue
Pudong New District, Shanghai 200120
CHINA
Telephone: +86 (21) 6036 2506
Facsimile: +86 (21) 6036 2799

*Attorneys for OnePlus Technology (Shenzen) Co., Ltd.*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that on this 20th day of August 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                                    */s/Zachariah S. Harrington*
                                                    Zachariah S. Harrington